# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH COCHRAN,<br><br>　　Plaintiff(s),<br><br>v.<br><br>WALMART, INC.,<br><br>　　Defendant(s). | Case No. 2:23-cv-00868-JAD-NJK<br><br>**Order** |

Pending before the Court is a stipulation to extend the case management deadlines by 60 days. Docket No. 14. The request is predicated on an assertion that counsel transitioned firms over a "few weeks" last summer, which on its face does not justify a 60-day extension, as well as the assertion that Walmart has an upcoming holiday shopping season, which is reasoning the Court has rejected repeatedly. *See, e.g.*, *Urzua v. Walmart, Inc.*, No. 2:23-cv-00811-GMN-NJK, Docket No. 18 (D. Nev. Sept. 25, 2023).

Defendant is hereby **ORDERED** to file a supplemental brief, supported by case law and meaningfully developed legal argument, as to how good cause exists under Rule 16 of the Federal Rules of Civil Procedure and Local Rule 26-3 for a large corporation to exempt itself from the discovery process in litigation for several months based on its business preferences. Defendant must also explain in this supplemental filing why it continues to raise the same argument without acknowledging the past rulings to the contrary, or explaining in any way why a different outcome should be reached in this case.[1] This supplemental brief must be no longer than 10 pages and must be filed by noon on October 5, 2023.

---

[1] Attorneys "play with fire if they raise the same arguments over and over and fail to acknowledge prior adverse rulings." *Atlantis Enterps., Inc. v. Avon Prods., Inc.*, 2010 WL 11519593, at *4 (C.D. Cal. Jan. 14, 2010) (quoting *U.S. Commodity Futures Trading Com's v. Lake Shore Mgmt. Ltd.*, 540 F. Supp. 2d 994, 1015 (N.D. Ill. 2008)).

  The Court also **SETS** a hearing on this stipulation for 11:00 a.m. on October 6, 2023, in Courtroom 3C.

  IT IS SO ORDERED.

  Dated: October 2, 2023

_____
Nancy J. Koppe
United States Magistrate Judge