# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ELIZABETH COCHRAN,

    Plaintiff(s),

v.

WALMART INC.,

    Defendant(s).

Case No. 2:23-cv-00868-JAD-NJK

**Order**

[Docket No. 24]

Pending before the Court is Plaintiff's motion to compel discovery seeking emergency relief. Docket No. 24. Plaintiff's counsel did not comply with the procedural requirements for seeking emergency relief. *See, e.g.*, Local Rule 7-4(a), (d). Moreover, the fact that this discovery was sought in the twilight of the discovery period, and that a motion to compel is now being filed after the discovery cutoff, does not justify emergency treatment. *See* Local Rule 7-4 (c) ("The court may determine whether any matter submitted as an 'emergency' is, in fact, an emergency"); *see also* Local Rule 7-4(b) ("A party or attorney's failure to effectively manage deadlines, discovery, trial, or any other aspect of litigation does not constitute an emergency"). Accordingly, the Court declines to resolve the motion on an emergency basis. The motion will be briefed pursuant to the default schedule and resolved in the ordinary course.

Notwithstanding the above, the Court hereby **EXTENDS** the dispositive motion deadline to May 17, 2024, and the joint proposed pretrial order deadline to June 17, 2024 (or 30 days after resolution of dispositive motions).

IT IS SO ORDERED.

Dated: March 27, 2024

                                                                                                 _____

                                                                         Nancy J. Koppe
United States Magistrate Judge