# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ELIZABETH COCHRAN,

    Plaintiff(s),

v.

WALMART INC.,

    Defendant(s).

Case No. 2:23-cv-00868-JAD-NJK

**Order**

[Docket No. 24]

    Pending before the Court is Plaintiff's motion to compel discovery filed on March 26, 2024. Docket No. 24; *see also* Docket No. 25 (supplement). The deadline to respond to that motion has expired, *see* Local Rule 7-2(b), but no response was filed. Accordingly, the motion to compel discovery is **GRANTED** as unopposed. *See* Local Rule 7-2(d). Defendant is **ORDERED** to provide the discovery sought in the motion (subject to the limitations agreed upon during the conferral efforts)[1] by April 25, 2024.

    The Court **DEFERS** ruling on the issue of expenses pursuant to Rule 37(a)(5)(A) of the Federal Rules of Civil Procedure. If the parties cannot agree on that issue and Plaintiff continues to seek that relief, Plaintiff must file a motion for an award of expenses by May 2, 2024. Such motion must include all required argument and information both as to whether expenses should be awarded and the amount to award.

    IT IS SO ORDERED.

    Dated: April 18, 2024

                                              Nancy J. Koppe
                                              United States Magistrate Judge

---

[1] "The parties agreed to limit Request for Production No. 17 to pick carts in use at the property on the date of Plaintiff's incident. Further, the parties agreed to limit Request for Production No. 19 to the time frame of a year prior to the incident to a year after the incident." Docket No. 24 at 5.