**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH COCHRAN, individually, | CASE NO: 2:23-cv-00868-JAD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| WALMART, INC. d/b/a WALMART #3473, a Foreign Corporation; DOE EMPLOYEE; DOES II through XX; and ROE BUSINESS ENTITIES I through XX, inclusive | |
| Defendant. | **ECF No. 31** |

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ELIZABETH COCHRAN and Defendant WALMART, INC. d/b/a WALMART #3473, by and through their respective counsel of record, that the claims asserted by Plaintiff ELIZABETH COCHRAN against Defendant WALMART, INC. d/b/a WALMART #3473 be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

KB/20147-18

This matter is not currently set for trial and the parties request that all pending deadlines and hearings currently set in this case be VACATED.

**IT IS SO STIPULATED.**

DATED this 11th day of June, 2024.

HALL & EVANS, LLC.

*/s/ Kurt Bonds*
KURT R. BONDS, ESQ.
Nevada Bar #6228
TANYA M. FRASER, ESQ.
Nevada Bar #13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
Attorneys for *Defendant Walmart, Inc.*

DATED this 11th day of June, 2024.

RICHARD HARRIS LAW FIRM

*/s/ Austin Wood*
RICHARD A. HARRIS, ESQ.
Nevada Bar No. 505
AUSTIN R. WOOD, ESQ.
Nevada Bar no. 16026
801 South Fourth Street
Las Vegas, NV 89101
*Attorney for Plaintiff*

**ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE**

Based on the parties' stipulation [ECF No. 31] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED with prejudice**, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 12, 2024